| | | |
|---|---|---|
| 256 v. 2/86 | | |

**CRIMINAL DOCKET U.S. District Court** — U.S. VS. (LAST, FIRST, MIDDLE): **DAVIS, DAVID LEE a/k/a Daye Daye**

- PO: 93 05 1708 Assigned
- Misd.
- Felony: X District
- WRIT / JUVENILE / ALIAS
- OFFENSE ON INDEX CARD: Drug Violation
- Case Filed: 11 / 29 / 93
- No of Def's: 10
- Docket No. 155 Def. 07

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS |
|---|---|---|
| 21§846 | Conspiracy to possess with intent to distribute cocaine base | 1 Count 1 |
| 21§841(a)(1) | Attempt to possess with intent to distribute in excess of fifty (50) grams of cocaine base (crack) Aiding and abetting | 1 Count 4 |
| 18§2 | | |

## II. KEY DATE

- INTERVAL ONE — KEY DATE / EARLIEST OF: arrest, sum'ns, custody, appears on complaint
- END ONE AND/OR BEGIN TWO — KEY DATE APPLICABLE: **11-29-93** — X Indictment filed/unsealed
- END INTERVAL TWO — KEY DATE APPLICABLE

1st appears with or waives counsel / ARRAIGNMENT / 1st Trial Ended / RE-TRIAL / 2nd Trial Began / DISPOSITION DATE / SENTENCE DATE / PTD / Nolle Pros. / FINAL CHARGES DISMISSED

## III. MAGISTRATE

Search Warrant — Issued/Return; Summons — Issued/Served; Arrest Warrant Issued; COMPLAINT; Date of Arrest; OFFENSE (In Complaint)

INITIAL APPEARANCE DATE; PRELIMINARY EXAMINATION OR REMOVAL HEARING; Date Scheduled; Date Held; WAIVED / NOT WAIVED; INTERVENING INDICTMENT; Tape Number

OUTCOME: DISMISSED / HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT / HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Show last names and suffix numbers of other defendants on same indictment/information:
MORRISON, HAYES, HAYES, ALLEN, WILLIAMS, MORRISON, BRODIE, TERRY, RAGLAND

RULE 20 21 40 In Out

## IV. ATTORNEYS

U.S. Attorney or Asst.: **WILLIAM WEBB**

Defense: 1 CJA  2 Ret.  3 Waived  4 Self  5 Non/Other  6 PD  7 CD

6/98 Ed Walker

Johnny S. Gaskins
150 Fay. St. Mall
Suite 2700
Raleigh, NC
27601
Ph: 831-8717

70 days up: 2/2/94

Sent: 11/14/94

### BAIL • RELEASE

**PRE-INDICTMENT**
- Release Date
- Bail Denied
- Fugitive / Pers. Rec. / PSA
- AMOUNT SET $
- Conditions: 10% Dep. / Surety Bnd
- Date Set
- Bail Not Made / Collateral
- Date Bond Made / 3rd Prty / Other

**POST-INDICTMENT**
- Release Date
- Bail Denied
- Fugitive / Pers. Rec. / PSA
- Conditions: 10% Dep. / Surety Bnd / Collateral / 3rd Prty / Other

FINE AND RESTITUTION PAYMENTS — DATE / RECEIPT NUMBER / C.D. NUMBER

| DATE DOCUMENT NO | Yr | Docket No | Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE __ OF __ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|---|
| | | | | **V. PROCEEDINGS** (OPTIONAL) Show last names of defendants | | | | |
| 11-22-93 | 1. | | | MOTION TO SEAL INDICTMENT - Request for warrant fo arrest of deft. | | | | |
| 11-23-93 | 2. | | | ORDER ALLOWING LIMITED DISCLOSURE - Mag. Judge Denson. Issued warrant for arrest - Origianal and one copy to U.S.Marshal (Copy of indictment not attached). | | | | |
| 11-24-93 | | | | INITIAL APPEARANCE - at Raleigh - Mag. Judge Dixon - Recorded Deft. present without counsel - advised of rights, charges & Max. punishment. CJA completed. | | | | |
| | 3. | | | ORDER - The federal Public Defender is directed to provide representation in this action. Mag. Judge Dixon, | | | | |
| | 4. | | | ORDER OF TEMPORARY DETENTION PRENDING HEARING PURSUANT TO BAIL REFORM ACT - | | | | |
| 11-29-93 | 5. | | | ORDER TO SEAL INDICTMENT - Ma.g Judge Denson. | | | | |
| 11-29-93 | 6. | | | MOTION OT UNSEAL INDICTMENT -U.S. Attorneys Office. | | | | |
| | 7. | | | ORDER TO UNSEAL INDICTMENT - Mag. Judge Denson. | | | | |
| | 8. | | | INDICTMENT FILED - lc U.S Atty, Probaton, Pre-Trial Services, Marshal, Judge Boyle and Mag. Judge Deonson. | | | | |
| 11-30-93 | | | | AT RALEIGH - DETENTION HEARING - Recorded. Government presented evidence thru sworn testimony. Defendant ordered detained. ORDER OF PRETRIAL DETENTION - Accordingly he is ordered detained pending trial. Mag. Judge Denson  lc U.S. Atty.,m Marshal, Pre-trial Services and Atty. Gaskins. (ent. 12-6-93 | | | | |
| 12-2-93 | 9. | | | **ORDER ON PRE-TRIAL SCHEDULING** - discovery - 12-20-93  MOTIONS - 1-6-94  RESPONSES - (10) business days after service of motions  (Judge Denson) Cys: AUSA, J. Boyle & counsel | | | jm | |
| 12-2-93 | 10. | | | MOTION FOR DISCOVERY UNDER BRADY V. MARYLAND - filed by deft. w/cs - lc: Judge Boyle | | | jm | |
| | 11. | | | MOTION FOR DISCOVERY - filed by deft. w/cs - lc: Judge Boyle | | | jm | |
| | 12. | | | MOTION FOR DISCLOSURE OF IMPEACHING INFORMATION - filed by deft. w/cs - lc: Judge Boyle | | | jm | |
| | 13. | | | MOTION TO REQUIRE GOVT. TO REVEAL ANY AGREEMENT ENTERED BETWEEN THE GOVT. AND ANY PROSECUTION WITNESS THAT COULD CONCEIVABLY INFLUENCE TESTIMONY - filed by deft. w/cs - lc: Judge Boyle | | | jm | |
| | 14. | | | MOTION FOR PRODUCTION OF LAW ENFORCEMENT INTERVIEW REPORTS OR NOTES WITH INDIVIDUALS WHO WILL NOT BE WITNESSES AT THE TRIAL - filed by deft. w/cs - lc: Judge Boyle | | | jm | |
| 12-15-93 | 15. | | | MARSHAL'S RETURN ON WARRANT - executed 11-24-93 by Chris Jackson - Special Agent | | | jm | |
| 12-20-93 | 16. | | | MOTION TO ENLARGE TIME TO PROVIDE DISCOVERY MATERIAL - filed by govt. w/cs - lc: Judge Boyle | | jm 12-20-93 12-20-93 |  | |
| 12/29/93 | 17 | | | ORDER the mtn to enlarge time is Allowed - (Judge Boyle) O.B.#54,P.106 c:USA,COUNSEL | | | jh | |
| 1-19-94 | 18 | | | **NOTICE OF INTENT TO SEEK ENHANCED PENALTY PURSUANT TO TITLE 21, UNITED STATES CODE, Sect. 851** - filed by govt. w/cs - lc: Judge Boyle | | | jm | |
| 4-7-94 | | | | ISSUED NOTICE TO APPEAR for arraignment and trial on Monday, April 25, 1994 at 10 a.m. in Elizabeth City, NC before Judge Boyle - Cys: USA, USPO, USM, Counsel & Judge Boyle & deft. | | | jm | |
| 5/15/94 | | | | ISSUED NOTICE FOR ARRAIGNMENT AND TRIAL on Monday, May 23, 1994 at 10:00am Before Judge Boyle in Raleigh, NC.  lcc: USA, Counsel, USM, USPO, PTS, Judge Boyle. | | | fs | |

Case 5:93-cr-00155-BO   Document 18   Filed 11/29/93   Page 2 of 4

CONTINUED TO PAGE __

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs
DAVIS, David Lee
AO 256A ⊕

93-155-07-CR-5
Yr. | Docket No. | Def.

| DATE 1994 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 6-21-94 | ISSUED NOTICE TO APPEAR for arraignment on 6-27-94 in Elizabeth City, NC before Judge Boyle - Cys: USA, USPO, USM, Counsel & J. Boyle    jm | | | | |
| 6-27-94 19 | AT ELIZABETH CITY - JUDGE BOYLE - C.R. SANDRA GRAHAM<br>Deft. appeared with counsel<br>Deft. sworn - deft. competent<br>Rule 11 conducted<br>MEMORANDUM OF PLEA AGREEMENT FILED - Cys: dist.<br>Plea of guilty to Ct. 1<br>Govt. summarized evidence<br>Factual basis exists for plea<br>Plea made freely & vol.<br>Court accepts plea<br>Motion to dismiss Ct. 4 at time of sentencing - granted<br>Bond: FEDERAL CUSTODY<br>Sent: 9/12/94    jm | | | | |
| 8/1/94 20 | MOTION TO REMOVE PRISONERS - by govt. w/cs   lcc: Judge Denson.    fs | | | | |
| 8/1/94 21 | ORDER - the USM service allow DEA agents and other law officers remove deft's from custody of USM and return to the custody of USM for safekeeping overnignt, unless other arrangements have been permitted by the Court (Judge Denson) CR OB# 57, p. 173  lcc: USA, USM, Judge Boyle.    fs | | | | |
| 8/15/94 22 | GOVERNMENT'S MOTION TO WITHDRAW NOTICE OF INTENT TO SEEK ENHANCED PENALTY PURSUANT TO 21U.S.C. §851 - by govt. w/cs   lcc: Judge Boyle.    fs | | | | |
| 9-12-94 | CASE CONTINUED TO 11-14-94 FOR SENTENCING   jm | | | | |
| 11/17/94 | ISSUED NOTICE TO APPEAR FOR SENTENCING - before J. Boyle at Raleigh on 11/28/94 at 10 am; cys: USA, cnsl, USM, USPO, PTS and Judge Boyle    b11 | | | | |
| 11/18/94 | 23 GOVT's. MOTION TO CONTINUE SENTENCING- w/cs; cy to Judge Boyle    b11 | | | | |
| 11/28/94 24 | GOVT'S. MOTIN FOR DOWNWARD DEPARTURE DUE TO SUBSTANTIAL ASSISTANCE - w/cs; cy to Judge Boyle    b11 | | | | |
| 11/28/94 | JUDGMENT AND COMMITMENT at Raleigh before Judge Boyle<br>C.R. Carol Williams<br>BOP - 72 months<br>Supervised Release - 5 yrs. w/ special conditions<br>No fine or restitution   S/A - $50.00<br>Statement of Reasons<br>(BOYLE) OB # 1 , p. 37   cys: USA, USMS, PTS, USPO, Judge Boyle, Fine Cntr, Financial Dpty, and Cnsl of Record   b11<br>(Entered: 12/19/94    ) | | | | |
| 11/28/94 | Presentence Report Sealed    b11 | | | | |
| 11/17/95 | MOTION FOR CONSIDERATIN OF DEPARTURE - by govt.; cy: J. Boyle | b11 | | | |
| 12/15/95 | ISSUED NOTICE TO APPEAR FOR RULE 35 HEARING - set for 1/22/96 at Ral. before J. Boyle   cys dist.   b11 | | | | |
| 1/4/96 | ISSUED AMENDED NOTICE TO APPEAR FOR RULE 35 HRG. - set for 1/24/96 at 9 am before J. Boyle at Eliz. City; cys dist   b11 | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| **8/9/95 | RETURN ON JUDGMENT - deft. delivered on 7/31/95 to Federal Medical Cntr at Lexington, KY per USMS    b11 | | | | |
| 2/5/96 | ISSUED NOTICE TO APPEAR FOR RULE 35 HRG. - set for 2/29/96 before J. Boyle at Ral; cys dist.    b11 | at | 9am | | |
| 2/29/96 | RULE 35 HRG. - held before J. Boyle/Raleigh/C.R. Jo BUsh - Sentence modified: BOP - 40 months w/ credit for time served. Court recommends redesignation to FCI-Butner (& to be retained in this district pending disposition of J&C) All other conditions are to remain the same. Written Order to follow.    b11 | | | | |
| 3/12/96 | ORDER - that the motion for departure was allowed.. Sentence modified: reduced to 40 months w/ credit for time served. Deft. to be retained in this district until the amended judgment is signed..,Thereafter, it is the recommendation of this court that deft. be confined at FCI-Butner. All other conditions of the deft's. original sentence shall remain in effect. (BOYLE) OB5, p. 210; cys dist.    b11 | | | | |
| 5/29/98 | MOTION FOR REVOCATION - by USPO; cys dist.    b11 | | | | |
| 5/29/98 | WARRANT FOR ARREST ISSUED - cys dist.    b11 | | | | |
| 6/22/98 | ORDER - that the FPD provide representation in this action (DIXON) cys dist.    b11 | | | | |
| 7/7/98 | ISSUED NOTICE TO APPEAR FOR REVOC. HRG. - set for 7/27/98 10am in Raleigh before J. Boyle; cys dist.    b11 | | | | |
| 6/24/98 | NOTICE OF APPEARANCE _ by AFPD Ed Walker w/cs; cys dist. | b11 | | | |
| 7/7/98 | AMENDED MOTION FOR REVOCATION - cy: J. Boyle    b11 | | | | |
| 7/29/98 | ORDER MODIFYING AND CONTINUING SUPERVISION - the supervised release term heretofore granted be continued with a curfew of 11:00 p.m. to 6:00 a.m. (Boyle) CR. O.B.#14, P. 53 Cys: USA, USPO, COUNSEL & USM    jm | | | | |
| 7/30/98 | RETURN ON WARRANT - deft. arrested on 6/15/98 by DUSM Rob Robeson    b11 | | | | |
| 9/29/99 | ORDER AND PETITION FOR ACTION ON SUPERVISED RELEASE - sup. rel. be modified as follows: deft. is to abide by an 11pm to 6am curfew for the remainder of the sup. rel. term. The deft. shall remain w/in the confines of his residence during the aforementioned hours. Except as herein modified, the judgmt. shall remain in full force and effect. (BOYLE) OB20, p. 73; cys dist.    b11 | | | | |
| 8/29/01 | PETITION FOR ACTION ON SUPERVISED RELEASE AND ORDER- Ordering that the defendant shall undergo placement in a community corrections center for a period of 30 days as arranged by the probation office and shall abide by the conditions of that program during said placement. Signed by Chief Judge Boyle and Laura A. Frederick and Phyllis R. Baker. Cys. Dist. OB#30, pg. 14.    jw | | | | |